IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUST FUNKY, LLC**                                    **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                          **CASE NO. 5:22-CV-5037**

**THINK 3 FOLD, LLC**                                  **DEFENDANT/COUNTER-CLAIMANT**

## JUDGMENT

For the reasons stated in the Court's Bench Trial Opinion and Order issued today, **IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** is rendered in favor of Defendant/Counter-Claimant Think 3 Fold, LLC against Plaintiff/Counter-Defendant Just Funky, LLC, in the collective sum of $129,117.46. Post-judgment interest will accrue on this amount at a rate of 5.12% per annum, commencing the date of entry of this judgment.

**IT IS SO ORDERED** on this 13th day of June, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE