**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JUST FUNKY, LLC**                                                                                    **PLAINTIFF**

v.                                              **CASE NO. 5:22-CV-5037**

**THINK 3 FOLD, LLC**                                                                              **DEFENDANT**

## Minute Order

On September 6, 2024, this matter came before the Court for a video conference regarding a post-judgment discovery dispute. The Court marked as Exhibit 1 the parties' communications which framed the dispute. After hearing the parties' positions and for the reasons stated from the Bench, the Court ordered Just Funky, LLC, to provide Think 3 Fold, LLC, the following information and documentation:

1. A current detailed financial statement, signed and verified under oath by a fully authorized representative. The financial statement must identify all Just Funky assets and liabilities. The asset listing shall include, but is not limited to:
   - Deposit accounts, savings accounts, and investment account, along with the institution names and account numbers.
   - Real property, including the street address and a description of the nature or use of the property.
   - Tangible assets (e.g. equipment, inventory).
   - Intangible assets (e.g. accounts and contracts receivable).

2. Just Funky's monthly bank statements from January 1, 2023, to the present.

3. Just Funky's Federal and State tax returns (with all schedules and attachments) for tax years 2021 and 2022 (and 2023 upon filing).

4. All financial statements (including audited financial statements) prepared by or for Just Funky, as well as all financial statements provided by Just Funky to any third party, since January 1, 2023.

**IT IS, THEREFORE, ORDERED**, that Just Funky produce all such information and documents by no later than September 20, 2024.

**IT IS SO ORDERED** on this 10th day of September, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE